ROSIE KRAMER, Respondent, v. KALMAN KRAMER, Appellant.— Interlocutory judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ.

MARGARET LAFFERTY, Respondent, v. COURT HOLDING COMPANY, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ.

WILLIAM J. McDERMOTT, Appellant, v. WILLIAM JOHNSTON BOOKS, Respondent. — Determination of Appellate Term affirmed, without costs. No opinion. Jaycox, Manning, Young and Lazansky, JJ., concur; Kelly, P. J., dissents.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM KELLY, JAMES GRAINGER and JOHN LOCASCIO, Appellants.— Judgment of conviction of the County Court of Nassau county reversed upon the law, and a new trial ordered, upon the ground that there was a material variance between the indictment and the proof on the trial. (*People v. Dumar*, 106 N. Y. 502; *People v. Corbalis*, 178 id. 516.) Jaycox, Manning, Young and Lazansky, JJ., concur; Kelly, P. J., dissents, and votes to affirm, upon the ground that the alleged variance is immaterial.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant and Respondent, v. JENNIE LAURA J. STARKE-BELKNAP and the NEW YORK CENTRAL RAILROAD COMPANY, Respondents and Appellants, and Others, Defendants. (Action No. 1.) — Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN J. PHELAN, Appellant. (Appeal No. 1.) — Judgment of the County Court of Nassau county, convicting defendant of the crime of grand larceny in the first degree, reversed upon the law, and defendant remanded to the custody of the sheriff of Nassau county, to be dealt with in accordance with the judgment convicting him of the crime of grand larceny in the first degree on March 22, 1926. In our opinion the County Court had no power to set aside that judgment of conviction and the same is now in full force and effect. Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN J. PHELAN, Appellant. (Appeal No. 2.) — Judgment of the County Court of Nassau county, convicting defendant of the crime of criminally receiving stolen goods, unanimously affirmed. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDDIE PISANO, Appellant.— Judgment of conviction of the County Court of Suffolk county unanimously affirmed. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH POLLAND, Appellant.— Judgment of conviction of the Court of Special Sessions unanimously affirmed. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant and Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Respondent and Appellant. JENNIE LAURA J. STARKE-BELKNAP, Respondent, and Others, Defendants. (Action